UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAMMY S. WALLIS,<br><br>                 Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                 Defendant. | Case No. 3:12-cv-05238-RJB-KLS<br><br>ORDER AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation (Dkt. 24), defendant's response (Dkt. 25), and the remaining record, does hereby find and ORDER:

(1) Plaintiff's objections are without merit. Plaintiff raised these issues in her opening and reply briefs (Dkts. 14 and 22). The Magistrate Judge carefully considered plaintiff's arguments and thoroughly analyzed them in connection with the record and the appropriate legal standard. The court concurs with the analysis and conclusions of the Magistrate Judge.

(2) the Court adopts the Report and Recommendation (Dkt. 23);

(3) the administrative decision is AFFIRMED; and

(4) the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

ORDER - 1

1  DATED this 21st day of June, 2013.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 2